CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 20 2016

JULIA C. DUDLEY, CLERK
BY: /s/ [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANN M. RUCKER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:15-cv-00148 |
| CAROLYN W. COLVIN, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) United States District Judge |
| Defendant. | ) |

## ORDER

This social security disability appeal was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition.

For the reasons set forth in the accompanying memorandum opinion, the Magistrate Judge's report and recommendation, ECF No. 24, is **ADOPTED** in its entirety, Rucker's motion for summary judgment, ECF No. 14, is **GRANTED in part**, and the Commissioner's motion for summary judgment, ECF No. 16 is **DENIED**. This case is **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g) for further consideration consistent with this opinion.

It is so **ORDERED**.

Entered: 09/20/2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge

Case 7:15-cv-00148-MFU-RSB   Document 27   Filed 09/20/16   Page 1 of 1   Pageid#: 504